# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: May 24, 2021

| | |
|---|---|
| KYLEE MCLAUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-21-0539-HE |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF OKLAHOMA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER**:

Counsel for plaintiff is directed to file an entry of appearance conforming to LCvR83.4 not later than **May 26, 2021**.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.**

**Carmelita Reeder Shinn, Clerk of Court
Western District of Oklahoma**

By:   s/Lisa Minter
          Deputy Clerk