IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KYLEE MCLAUGHLIN,<br><br>                   Plaintiff,<br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, a constitutional state agency, LINDSEY GRAY-WALTON, in her official and individual capacities, and KYLE WALTON, in his official and individual capacities,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>) Case No. CIV-21-0539-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Defendants Lindsay Gray-Walton and Kyle Walton ("Waltons"), pursuant to Federal Rules of Appellate Procedure 4, hereby appeals to the United States Court of Appeals for the Tenth Circuit the Order dated October 8, 2021 [Doc. 27] denying Waltons' Motion to Dismiss [Doc. 9]. An appeal of this ruling is timely and proper pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

*s/ J. Renley Dennis*
Michael Burrage, OBA No. 1350
J. Renley Dennis, OBA No. 33160
Austin R. Vance, OBA No. 33294
WHITTEN BURRAGE
512 N. Broadway Ave., Ste 300
Oklahoma City, OK  73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
Email: mburrage@whittenburragelaw.com
           jdennis@whittenburragelaw.com
           avance@whittenburragelaw.com

*Attorneys for Defendants, Lindsey-Gray Walton and Kyle Walton*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/ J. Renley Dennis*