FILED
United States Court of Appeals
Tenth Circuit

July 11, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

KYLEE MCLAUGHLIN,

    Plaintiff - Appellee,

v.

KYLE WALTON, in his official and individual capacities; LINDA GRAY-WALTON, in her official and individual capacities,

    Defendants - Appellants,

and

BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA,

    Defendant.

| No. 21-6142
(D.C. No. 5:21-CV-00539-HE)
(W.D. Okla.)

---

**ORDER**

---

This matter is before the court on the parties' *Stipulation to Dismiss*, which is construed as a Fed. R. App. P. 42(b) motion to voluntarily dismiss this appeal. As construed, the motion is GRANTED and this matter is DISMISSED with each party to bear their own costs on appeal. A copy of this order shall stand as and for the mandate of

the court.

                                                                           Entered for the Court,

                                                                           CHRISTOPHER M. WOLPERT, Clerk